**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENDA ARAGON LIMA | * |
| PLAINTIFF | * |
| v. | *   Case No.:  1:15-cv-02109-APM |
| GTV DELIVERY, LLC | * |
| DEFENDANT. | * |

*********************************************************************

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

The parties have fully resolved all disputes at issue in this matter.  As such, the parties do hereby Jointly Stipulate that the matter is hereby dismissed, with prejudice.


Respectfully submitted,

/s/ Gregg C. Greenberg_____
Gregg C. Greenberg, Bar No. MD17291
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email: ggreenberg@zagfirm.com

*Counsel for Plaintiff*

\_\_\_/s/\_ James R. Hammerschmidt\_\_\_
James R. Hammerschmidt, Esq.
Jeffrey A. Hord, Esq.
Paley, Rothman, Goldstein, Rosenberg,
Eig & Cooper, Chtd.
4800 Hampden Lane, Sixth Floor
Bethesda, Maryland 20814
Phone: (301) 656-7603
Fax: (301) 676-7354
Email:  jrh@paleyrothman.com
            jhord@paleyrothman.com

*Counsel for Defendant*